■ SANDRA DIERS et al., Appellants, v DOUGLAS G. VALERIO et al., Respondents. [713 NYS2d 700] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Doyle, J.), dated October 1, 1999, which, *inter alia,* granted the defendants' cross motion for summary judgment dismissing the complaint on the ground that the plaintiff Sandra Diers did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that the defendants submitted admissible evidence demonstrating that the injured plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d), and that the plaintiff failed to come forward with competent evidence to create an issue of fact (*see, Gaddy v Eyler,* 79 NY2d 955, 958; *Cabri v Myung-Soo Park,* 260 AD2d 525; *Stipes v Kopf,* 255 AD2d 502; *Lebron v Camacho,* 251 AD2d 295; *Gutierrez v Metropolitan Suburban Bus Auth.,* 240 AD2d 469). In light of our determination, it is unnecessary to reach the plaintiffs' remaining contention. Bracken, J. P., Santucci, Altman and Florio, JJ., concur.